Certificate Number: 03088-NJ-DE-037537493

Bankruptcy Case Number: 23-15192



03088-NJ-DE-037537493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2023, at 10:29 o'clock AM CDT, Elias E Acosta completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 24, 2023

By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor