**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:

ELIAS E. ACOSTA                                             CASE NO. 23-15192-CMG
ANATILDE NUNEZ                                              CHAPTER 13

    Debtors.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the firm of EVANS PETREE PC will represent the interests of TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

    Jacob Zweig, Esq.
    EVANS PETREE PC
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN  38120

    /s Jacob Zweig
    ―――――――――――――――――
    Jacob Zweig
    EVANS PETREE PC
    Attorneys for TD Bank
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN  38120
    (901) 525-6781 telephone
    (901) 374-7486 fax
    jzweig@evanspetree.com