# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>ELIAS E. ACOSTA<br>AKA ELIAS ACOSTA,<br><br>Debtor. | Case No. 23-15192<br><br>Chapter 13 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A., withdraws its Proof of Claim, Claim No. 5 in the amount of $10,999.31 filed on July 17, 2023.

Dated: July 18, 2023

          Respectfully submitted,

          /s/ Richard Piepes
          Richard Piepes
          Robertson, Anschutz, Schneid,
          Crane & Partners, PLLC
          6409 Congress Avenue, Suite 100
          Boca Raton, FL 33487
          Phone: 561-241-6901
          ChasePOCNotification@rasflaw.com
          Authorized agent for JPMorgan Chase Bank, N.A.
          s/b/m/t Chase Bank USA, N.A.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re | Case No. 23-15192 |
| ELIAS E. ACOSTA<br>AKA ELIAS ACOSTA, | Chapter 13 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that I caused, the Withdrawal of Proof of Claim to be filed and served on the parties at the addresses specified below on July 18, 2023.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by First-Class Mail**
Elias E. Acosta
9 Woodshore East
Keyport, NJ 07735

Anatilde Nunez
9 Woodshore East
Keyport, NJ 07735

SPACE INTENTIONALLY LEFT BLANK

2

**Service by NEF**
Warren Brumel
Attorney for Elias E. Acosta and Anatilde Nunez
wbrumel@keyportlaw.com

Albert Russo, Chapter 13 Trustee
docs@russotrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

EXECUTED ON: July 18, 2023

By:   /s/ Richard Piepes
      Richard Piepes
      Robertson, Anschutz, Schneid,
      Crane & Partners, PLLC
      6409 Congress Avenue, Suite 100
      Boca Raton, FL 33487
      Phone: 561-241-6901
      ChasePOCNotification@rasflaw.com
      Authorized agent for JPMorgan Chase Bank, N.A.
      s/b/m/t Chase Bank USA, N.A.