Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−15192−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Elias E. Acosta | Anatilde Nunez |
| 9 Woodshore East | 9 Woodshore East |
| Keyport, NJ 07735 | Keyport, NJ 07735 |

Social Security No.:
xxx−xx−5349                                         xxx−xx−7629

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 21, 2023.

Dated: August 21, 2023
JAN: rms

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Elias E. Acosta  
Anatilde Nunez  
  Debtors

Case No. 23-15192-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Aug 21, 2023 | Form ID: plncf13 | Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elias E. Acosta, Anatilde Nunez, 9 Woodshore East, Keyport, NJ 07735-6119 |
| 519947412 | + | Digestive Disease Specialists of Central, 875 Poole Avenue, Hazlet, NJ 07730-2041 |
| 519947415 | | Premier Finance Card Program, PO Box 9208, Old Bethpage, NY 11804-9208 |
| 519947416 | | Sunrun, Inc., PO Box 981440, El Paso, TX 79998-1440 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519947400 | | Email/Text: AllInBankruptNotifications@allincu.com | Aug 21 2023 20:34:00 | All In Credit Union, PO Drawer 8, Daleville, AL 36322 |
| 519979269 | | Email/Text: AllInBankruptNotifications@allincu.com | Aug 21 2023 20:34:00 | All In F.C.U. f/k/a Army Aviation Center F.C.U., Post Office Drawer 8, Daleville, AL 36322 |
| 519947402 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2023 21:07:53 | Amazon Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519947403 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 21 2023 20:34:00 | Andrews Fed Cred Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 519995290 | + | Email/Text: bankrupt@andrewsfcu.org | Aug 21 2023 20:35:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland , MD 20746-4547 |
| 519947404 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2023 20:34:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519990175 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2023 20:34:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519947406 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 20:57:21 | Best Buy-Citi Bank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519947411 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 21 2023 20:34:00 | Citizens, PO Box 82522, Lincoln, NE 68501-2522 |
| 519947407 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2023 21:08:02 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519973455 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2023 20:55:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519947410 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 20:57:18 | Citibank, PO Box 769004, San Antonio, TX 78245-9004 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: plncf13 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519947409 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 20:56:41 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 519994941 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 20:57:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520001241 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 21 2023 20:34:00 | Andrews Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519955172 | | Email/Text: mrdiscen@discover.com | Aug 21 2023 20:34:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 519947413 | + | Email/Text: mrdiscen@discover.com | Aug 21 2023 20:34:00 | Discover Card, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 519947414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2023 20:43:53 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519947408 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2023 20:44:46 | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 519947401 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2023 20:56:29 | Amazon, Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 519966738 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 21 2023 20:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519972894 | + | Email/Text: RASEBN@raslg.com | Aug 21 2023 20:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519989954 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2023 20:56:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519947415 | ^ | MEBN | Aug 21 2023 20:31:35 | Premier Finance Card Program, PO Box 9208, Old Bethpage, NY 11804-9208 |
| 519947417 | | Email/Text: jaxbanko@td.com | Aug 21 2023 20:34:00 | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 519955845 | + | Email/Text: jaxbanko@td.com | Aug 21 2023 20:34:00 | TD Bank, N.A., Jacob Zweig, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 519955458 | | Email/Text: jaxbanko@td.com | Aug 21 2023 20:34:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 519967658 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 21 2023 20:35:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519947418 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 21 2023 20:35:00 | US Bank, PO Box 108, Saint Louis, MO 63166-9801 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519947405 | * | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 21, 2023 | Form ID: plncf13 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Andrews Federal Credit Union dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Andrews Federal Credit Union ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Elias E. Acosta wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Joint Debtor Anatilde Nunez wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 6