| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-15192 / CMG**

Elias E. Acosta
Anatilde Nunez

Petition Filed Date: 06/15/2023
341 Hearing Date: 07/13/2023
Confirmation Date: 08/16/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/03/2023 | $350.00 | | 07/31/2023 | $350.00 | | 08/31/2023 | $350.00 | |
| 10/03/2023 | $350.00 | | 10/31/2023 | $350.00 | | 12/01/2023 | $350.00 | |
| 01/03/2024 | $350.00 | | | | | | | |

**Total Receipts for the Period: $2,450.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Elias E. Acosta | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,625.00 | $1,937.25 | $1,687.75 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,187.50 | $0.00 | $5,187.50 |
| 2 | TD BANK, NA<br>»»  2020 HYUNDAI SANTA FE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,971.06 | $0.00 | $10,971.06 |
| 4 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $4,381.03 | $0.00 | $4,381.03 |
| 5 | JPMORGAN CHASE BANK, NA<br>»»  WITHDRAWN 7/18/23 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,999.31 | $0.00 | $10,999.31 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,301.97 | $0.00 | $5,301.97 |
| 8 | ALL IN F.C.U F/K/A ARMY AVIATION CENTER F.C.U | Unsecured Creditors | $34,178.10 | $0.00 | $34,178.10 |
| 9 | LVNV FUNDING LLC<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $998.24 | $0.00 | $998.24 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $21,021.87 | $0.00 | $21,021.87 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $13,523.86 | $0.00 | $13,523.86 |
| 12 | CITIBANK, NA | Unsecured Creditors | $20,954.00 | $0.00 | $20,954.00 |
| 13 | Andrews FCU<br>»»  P/9 WOODSHORE EAST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | ANDREWS FEDERAL CREDIT UNION<br>»»  P/9 WOODSHORE E KEYPORT/1ST MTG | Mortgage Arrears | $414.18 | $0.00 | $414.18 |
| 15 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $5,075.11 | $0.00 | $5,075.11 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $3,802.96 | $0.00 | $3,802.96 |

**Chapter 13 Case No. 23-15192 / CMG**

| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $9,615.34 | $0.00 | $9,615.34 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,450.00 | Plan Balance: | $10,610.00 ** |
| Paid to Claims: | $1,937.25 | Current Monthly Payment: | $350.00 |
| Paid to Trustee: | $191.80 | Arrearages: | $0.00 |
| Funds on Hand: | $320.95 | Total Plan Base: | $13,060.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.