Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-15192 / MEH**

Elias E. Acosta
Anatilde Nunez

Petition Filed Date: 06/15/2023
341 Hearing Date: 07/13/2023
Confirmation Date: 08/16/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2025 | $350.00 | | 01/31/2025 | $350.00 | | 03/03/2025 | $350.00 | |
| 03/31/2025 | $350.00 | | 05/01/2025 | $350.00 | | 06/03/2025 | $350.00 | |
| 07/01/2025 | $350.00 | | 07/31/2025 | $350.00 | | 09/02/2025 | $350.00 | |
| 10/01/2025 | $350.00 | | 10/31/2025 | $350.00 | | 12/02/2025 | $350.00 | |
| 01/02/2026 | $350.00 | | 02/02/2026 | $350.00 | | | | |

**Total Receipts for the Period: $4,900.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $11,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Elias E. Acosta | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren Brumel, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,625.00 | $3,625.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,187.50 | $201.86 | $4,985.64 |
| 2 | TD BANK, NA<br>»» 2020 HYUNDAI SANTA FE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,971.06 | $451.27 | $10,519.79 |
| 4 | U.S. BANK NATIONAL ASSOCIATION | Unsecured Creditors | $4,381.03 | $170.48 | $4,210.55 |
| 5 | JPMORGAN CHASE BANK, NA<br>»» WITHDRAWN 7/18/23 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,999.31 | $452.43 | $10,546.88 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,301.97 | $206.32 | $5,095.65 |
| 8 | ALL IN F.C.U F/K/A ARMY AVIATION CENTER F.C.U | Unsecured Creditors | $34,178.10 | $1,405.84 | $32,772.26 |
| 9 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $998.24 | $34.41 | $963.83 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $21,021.87 | $864.69 | $20,157.18 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $13,523.86 | $556.27 | $12,967.59 |
| 12 | CITIBANK, NA | Unsecured Creditors | $20,954.00 | $861.90 | $20,092.10 |
| 13 | Andrews FCU<br>»» P/9 WOODSHORE EAST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | ANDREWS FEDERAL CREDIT UNION<br>»» P/9 WOODSHORE E KEYPORT/1ST MTG | Mortgage Arrears | $414.18 | $414.18 | $0.00 |

**Chapter 13 Case No. 23-15192 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $5,075.11 | $197.49 | $4,877.62 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/BEST BUY | Unsecured Creditors | $3,802.96 | $147.99 | $3,654.97 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $9,615.34 | $395.51 | $9,219.83 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,200.00 | Plan Balance: | $1,860.00 ** |
| Paid to Claims: | $9,985.64 | Current Monthly Payment: | $350.00 |
| Paid to Trustee: | $830.90 | Arrearages: | $0.00 |
| Funds on Hand: | $383.46 | Total Plan Base: | $13,060.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**