UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Elias E. Acosta
Anatilde Nunez

Case No.: 23-15192

Chapter: 13

Judge: EJO

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Elias E. Acosta _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/6/2026

_____
Debtor's Signature

**IMPORTANT:**

• **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

• **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Elias E. Acosta<br>Anatilde Nunez | Case No.: 23-15192<br><br>Chapter: 13<br><br>Judge: EJO |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Anatilde Nunez _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/6/2026

_Anatilde Nunez_
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

_rev.8/1/18_