Form ntcfncurv − ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−15192−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Elias E. Acosta<br>9 Woodshore East<br>Keyport, NJ 07735 | Anatilde Nunez<br>9 Woodshore East<br>Keyport, NJ 07735 |

Social Security No.:

| | |
|---|---|
| xxx−xx−5349 | xxx−xx−7629 |

Employer's Tax I.D. No.:

**NOTICE OF RESPONSE TO TRUSTEE'S**
**NOTICE OF DISBURSEMENTS MADE**

TO: Elias E. Acosta and Anatilde Nunez
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: September 2, 2026
JAN: mrg

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>Elias E. Acosta<br>Anatilde Nunez<br>Debtors | Case No. 23-15192-EJO<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 02, 2026 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elias E. Acosta, Anatilde Nunez, 9 Woodshore East, Keyport, NJ 07735-6119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Andrews Federal Credit Union andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Elizabeth L. Wassall | on behalf of Creditor Andrews Federal Credit Union ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kimberly A. Wilson | on behalf of Creditor Andrews Federal Credit Union kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel
on behalf of Debtor Elias E. Acosta brumellawecf@gmail.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel
on behalf of Joint Debtor Anatilde Nunez brumellawecf@gmail.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 8